| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>YUSHUO LIOU<br>303 E Valley Blvd D<br>ALHAMBRA, CA 91801<br>626-766-1536<br>304184<br>yl@liouesq.com<br><br>☐ Debtor(s) appearing without an attorney<br>☐ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Pamela Somsavath Mao & Jerry Mao<br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-18223-DS<br>CHAPTER: 7 |
|---|---|
|  | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
|  | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/22/2025   Pamela Somsavath Mao                              _____
                   Printed name of Debtor 1                           Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 1                            F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.   ☒  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☒  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/22/2025    Jerry T Mao
                    Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 1002-1.EMP.INCOME.DEC

ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

Pay Stub Detail
PAY DATE: 09/18/2025
NET PAY: $2,260.85

PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

---

**EMPLOYER**
ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 09/01/2025 |
| Period Ending: | 09/15/2025 |
| Pay Date: | 09/18/2025 |

**EMPLOYEE**
PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

SS#: ...▮▮▮▮

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 6.67 | 0.00 | 212.74 |

| | |
|---|---:|
| **NET PAY:** | **$2,260.85** |
| Acct#....▮▮▮▮: | $2,260.85 |

**MEMO:**

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,875.00 | 46,907.70 |
| Sick Pay | - | - | 0.00 | 1,061.53 |
| Vacation Pay | - | - | 0.00 | 530.77 |
| Salary Adjustment | - | - | 0.00 | 125.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Simple IRA | 86.25 | 1,376.25 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 164.78 | 2,782.06 |
| Social Security | 178.25 | 3,014.75 |
| Medicare | 41.68 | 705.06 |
| CA Income Tax | 108.69 | 1,833.65 |
| CA State Disability Ins | 34.50 | 583.50 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,875.00 | $48,625.00 |
| Taxes | $527.90 | $8,919.02 |
| Deductions | $86.25 | $1,376.25 |

**Net Pay**          **$2,260.85**

ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

Pay Stub Detail
PAY DATE: 09/03/2025
NET PAY: $2,260.84

PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

---

**EMPLOYER**
ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

**PAY PERIOD**
Period Beginning          08/16/2025
Period Ending:            08/31/2025
Pay Date:                 09/03/2025

**EMPLOYEE**
PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

SS#: ...▮▮▮▮

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 8.00 | 8.00 |
| Vacation | 6.67 | 0.00 | 206.07 |

**NET PAY:** $2,260.84
Acct#....▮▮▮▮: $2,260.84

**MEMO:**

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,609.62 | 44,032.70 |
| Sick Pay | 8.00 | 33.17 | 265.38 | 1,061.53 |
| Vacation Pay | - | - | 0.00 | 530.77 |
| Salary Adjustment | - | - | 0.00 | 125.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Simple IRA | 86.25 | 1,290.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 164.78 | 2,617.28 |
| Social Security | 178.25 | 2,836.50 |
| Medicare | 41.69 | 663.38 |
| CA Income Tax | 108.69 | 1,724.96 |
| CA State Disability Ins | 34.50 | 549.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,875.00 | $45,750.00 |
| Taxes | $527.91 | $8,391.12 |
| Deductions | $86.25 | $1,290.00 |
| **Net Pay** | **$2,260.84** | |

ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

Pay Stub Detail
PAY DATE: 08/20/2025
NET PAY: $2,260.84

PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

---

**EMPLOYER**
ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/01/2025 |
| Period Ending: | 08/15/2025 |
| Pay Date: | 08/20/2025 |

**EMPLOYEE**
PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

SS#: ...████

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 16.00 |
| Vacation | 6.67 | 0.00 | 199.41 |

| NET PAY: | $2,260.84 |
|---|---|
| Acct#....████: | $2,260.84 |

**MEMO:**

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,875.00 | 41,423.08 |
| Sick Pay | - | - | 0.00 | 796.15 |
| Vacation Pay | - | - | 0.00 | 530.77 |
| Salary Adjustment | - | - | 0.00 | 125.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Simple IRA | 86.25 | 1,203.75 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 164.78 | 2,452.50 |
| Social Security | 178.25 | 2,658.25 |
| Medicare | 41.69 | 621.69 |
| CA Income Tax | 108.69 | 1,616.27 |
| CA State Disability Ins | 34.50 | 514.50 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,875.00 | $42,875.00 |
| Taxes | $527.91 | $7,863.21 |
| Deductions | $86.25 | $1,203.75 |

**Net Pay** $2,260.84

ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

Pay Stub Detail
PAY DATE: 08/05/2025
NET PAY: $2,260.84

PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

---

**EMPLOYER**
ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 07/16/2025 |
| Period Ending: | 07/31/2025 |
| Pay Date: | 08/05/2025 |

**EMPLOYEE**
PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

SS#: ...████

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 16.00 |
| Vacation | 6.67 | 0.00 | 192.74 |

| | |
|---|---|
| **NET PAY:** | **$2,260.84** |
| Acct#....████: | $2,260.84 |

**MEMO:**

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,875.00 | 38,548.08 |
| Sick Pay | - | - | 0.00 | 796.15 |
| Vacation Pay | - | - | 0.00 | 530.77 |
| Salary Adjustment | - | - | 0.00 | 125.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Simple IRA | 86.25 | 1,117.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 164.78 | 2,287.72 |
| Social Security | 178.25 | 2,480.00 |
| Medicare | 41.69 | 580.00 |
| CA Income Tax | 108.69 | 1,507.58 |
| CA State Disability Ins | 34.50 | 480.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,875.00 | $40,000.00 |
| Taxes | $527.91 | $7,335.30 |
| Deductions | $86.25 | $1,117.50 |

**Net Pay**         $2,260.84

ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

Pay Stub Detail
PAY DATE: 07/17/2025
NET PAY: $2,260.85

PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

---

**EMPLOYER**
ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 07/01/2025 |
| Period Ending: | 07/15/2025 |
| Pay Date: | 07/17/2025 |

**EMPLOYEE**
PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

SS#: ...■■■

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 1.00 | 16.00 |
| Vacation | 6.67 | 0.00 | 186.07 |

| | | |
|---|---|---|
| **NET PAY:** | | **$2,260.85** |
| Acct#....■■■: | | $2,260.85 |

**MEMO:**

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,841.83 | 35,673.08 |
| Sick Pay | 1.00 | 33.17 | 33.17 | 796.15 |
| Vacation Pay | - | - | 0.00 | 530.77 |
| Salary Adjustment | - | - | 0.00 | 125.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Simple IRA | 86.25 | 1,031.25 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 164.78 | 2,122.94 |
| Social Security | 178.25 | 2,301.75 |
| Medicare | 41.68 | 538.31 |
| CA Income Tax | 108.69 | 1,398.89 |
| CA State Disability Ins | 34.50 | 445.50 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,875.00 | $37,125.00 |
| Taxes | $527.90 | $6,807.39 |
| Deductions | $86.25 | $1,031.25 |

**Net Pay**     $2,260.85

ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

Pay Stub Detail
PAY DATE: 07/02/2025
NET PAY: $2,260.84

PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

---

**EMPLOYER**
ERIC ZHANG & ASSOCIATES LLP
18725 E. Gale Ave. Suite 250
City of Industry CA 91748
626-581-2266

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 06/16/2025 |
| Period Ending: | 06/30/2025 |
| Pay Date: | 07/02/2025 |

**EMPLOYEE**
PAMELA S. MAO
4661 REVERE CT
CHINO CA 91710

SS#: ...■■■■

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 17.00 |
| Vacation | 6.67 | 0.00 | 179.41 |

**NET PAY:** $2,260.84
Acct#....■■■■: $2,260.84

**MEMO:**

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,875.00 | 32,831.25 |
| Sick Pay | - | - | 0.00 | 762.98 |
| Vacation Pay | - | - | 0.00 | 530.77 |
| Salary Adjustment | - | - | 0.00 | 125.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Simple IRA | 86.25 | 945.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 164.78 | 1,958.16 |
| Social Security | 178.25 | 2,123.50 |
| Medicare | 41.69 | 496.63 |
| CA Income Tax | 108.69 | 1,290.20 |
| CA State Disability Ins | 34.50 | 411.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,875.00 | $34,250.00 |
| Taxes | $527.91 | $6,279.49 |
| Deductions | $86.25 | $945.00 |

**Net Pay** $2,260.84